UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
A.H. and J.H., individually and on behalf of            :
A.H., a child with a disability,                                :
                                                                         :
                              Plaintiff,       :            22-CV-6581 (VSB)
                                                                         :
                    -against-                      :                **ORDER**
                                                                         :
NEW YORK CITY DEPARTMENT OF                  :
EDUCATION,                                                   :
                                                                         :
                            Defendant.   :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Consistent with the parties' proposal on February 27, 2023, (Doc. 16), the parties are hereby ORDERED to submit a joint status update letter by May 12, 2023.

SO ORDERED.

Dated:   May 1, 2023
              New York, New York

                                                                 _____
                                                                Vernon S. Broderick
                                                                United States District Judge